# CHARGES AND PENALTIES

**CASE NAME:** Peter Flores          **CASE NO.** 2:21-CR-43-TOR-7

TOTAL # OF COUNTS: 1          ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | Conspiracy to Distribute 50 Grams of Actual (Pure) Methamphetamine | CAG not less than 10 years up to a life term; a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |