FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER IVAN FLORES,<br><br>Defendant. | No. 2:21-00043-TOR-7<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 253)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 253**. Defendant recites in his motion that United States Probation and the United States do not oppose this request.

Specifically, Defendant is requesting to modify release condition No. 9, Home Confinement, and requests that he be placed on a curfew instead. Defendant would remain on GPS monitoring. United States Probation Officer Cubias also requested discretion to modify Defendant's curfew, as she deems appropriate.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 253,** is **GRANTED**. Defendant's release condition No. 9 is modified, and Defendant will be placed on a curfew, with United States Probation Officer Cubias having discretion to modify Defendant's curfew, as she deems appropriate.

ORDER ~ 1

      All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

      **IT IS SO ORDERED.**

      DATED December 21, 2021.



                            JAMES A. GOEKE
                     UNITED STATES MAGISTRATE JUDGE

ORDER - 2