FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PETER IVAN FLORES,<br><br>　　　　　Defendant. | No. 2:21-CR-00043-TOR-7<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 279** |

　　　　Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 279).  Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion.  Specifically, Defendant requests that the Court remove Special Condition No. 8 (ECF No. 206) and Special Condition No. 9 (modified at ECF No. 256), which impose GPS location and a curfew.  In support of this modification, Defendant notes that he has been in full compliance with his conditions of release.  United States Probation also reported to the undersigned that Defendant has full-time employment, attends outpatient services and communicates well with his supervising officer.

ORDER - 1

**Accordingly, IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 279**) is **GRANTED**.

2. **Special Condition No. 8** (ECF No. 206) and **Special Condition No. 9** (ECF No. 256) are **STRICKEN**. Defendant shall promptly return the GPS location monitoring device to United States Probation.

3. All other conditions of release shall remain in effect.

DATED March 15, 2022.

<u>s/James P. Hutton</u><br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE