✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Flores, Peter Ivan | Docket No. | 0980 2:21CR00043-TOR-7 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Peter Ivan Flores, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 21st day of July 2021, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any change, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was released from detention on July 21, 2021. He signed his conditions of release on September 13, 2021, stating he understood his release conditions.

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision by failing to report police contact within 1 business day on or about August 17, 2022.

On August 17, 2022, Mr. Flores had police contact in response to a 911 call. Mr. Flores failed to contact this officer to report the contact. On August 22, 2022, this officer contacted Mr. Flores to ascertain the nature of the police contact. He advised he did not think the police contact was necessary to report.

**Violaton #2:** The defendant is considered to be in violation of his conditions of pretrial supervision by using an unknown controlled substance on or about August 17, 2022.

On August 17, 2022, police and medics arrived to a home to provide assistance to Mr. Flores, who had been unconscious due to a drug overdose. The medic recognized Mr. Flores from a prior incident when he had administered Narcan to Mr. Flores.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2022

by  s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/13/2022

Date