FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER IVAN FLORES,<br><br>Defendant. | No. 2:21-CR-00043-TOR-7<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 374)** |

Before the Court is Defendant's motion to Modify Order Setting Conditions of Release, **ECF No. 374**. Defendant recites in his motion that United States Probation has no objection to the request and the United States has no objection based upon United States Probation's recommendation.

Specifically, Defendant is requesting the Court to strike Conditions Nos. 3 and 4, requiring him to participate in a program of GPS Monitoring and Home Detention and adding a condition that places Defendant on a curfew.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 374,** is **GRANTED**.

**Condition Nos. 3 and 4, ECF No. 343, shall be stricken and modified as follows:**

ORDER - 1

(1)   Defendant shall participate in one or more of the following home confinement program(s):

**Curfew**: Defendant shall be restricted to his/her residence: every day from 9:00 p.m. to 6:00 a.m. except for medical emergencies.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 2, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2