FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER IVAN FLORES, <br><br> Defendant. | No. 2:21-CR-00043-TOR-7 <br><br> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE <br><br> **MOTION GRANTED IN PART AND DENIED IN PART AS MOOT (ECF No. 420)** |

Before the Court is Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 420**.  Defendant recites in his motion that United States Probation and the United States have no objection to Defendant's motion.

Specifically, Defendant is requesting the Court to strike Condition Nos. 3 and 4, requiring him to participate in a program of GPS Monitoring, Home Detention, and removing the condition that places Defendant on a Curfew.

The Court, finding good cause, **IT IS ORDERED:**

1.   Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 420**, as it relates to removal of the GPS Monitoring and Home Detention, is **DENIED AS MOOT**.  The Court previously relieved Defendant of GPS monitoring and home detention.  *See* ECF No. 377 (Order Granting Defendant's

ORDER - 1

Motion to Modify Order Setting Conditions of Release filed December 2, 2022).

2. Defendant's Motion to Modify Order Setting Conditions of Release as it relates to the Curfew condition, **ECF No. 420, is GRANTED. Condition No. 1, ECF No. 377, Curfew, is STRICKEN.**

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 21, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2